```
                                          FILED
         UNITED STATES DISTRICT COURT    DEC 1 9 2005
             DISTRICT OF ALASKA
                                      UNITED STATES DISTRICT COURT
                                         DISTRICT OF ALASKA
                                      By_____ Deputy
```

UNITED STATES OF AMERICA, §
§
        Plaintiff, §
§
vs. § Case No. A93-0127 CR (HRH)
§
JAIME ERNEST MORENO, §
§
        Defendant. §

## ASSENTED TO MOTION FOR RETURN OF PASSPORTS

    NOW COME the Defendant, Jaime Ernest Moreno, pro se in the above entitled cause, and respectfully move this Honorable Court to order the Clerk to return the defendant's passports to his sister at the following address:

    Ana Carrasco-Moreno
    8049 Jamieson Avenue
    Reseda, california 91335

In support thereof, defendant state that:

    1.    The defendant submitted his passports to the court at the time of his arraignment and for the purposes of his bond in the above-captioned case.

    2.    On March 4, 2005, the Clerk issued a notice acknowledging the possession of said passports. See Exhibit A.

    3.    That the defendant now pursue his wishes to have said items returned to him since such items are no longer of any interest to the government.

202

WHEREFORE, the defendant respectfully requests that this Honorable Court return his passport to his sister at the address stated above. A proposed order is attached for the Court's consideration.

Respectfully submitted,

Jaime Ernest Moreno
Reg. 00809-112
P.O. Box 7001/A1A
Taft, California 93268

**CERTIFICATE OF SERVICE**

On this 14th day of December 2005 I certify that the foregoing Praecipe will be served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Mrs. Jo Ann Farrington
Assistant U.S. Attorney
222 W. 7th Avenue # 9, Rm. 253
Anchorage, AK 99513-7567

By: _____
Jaime Ernest Moreno
Reg. 00809-112

2