Lodged 12/19/05

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § Plaintiff, § § vs. § Case No. A93-0127 CR (HRH) § JAIME ERNEST MORENO, § § Defendant. § § | |

## ORDER

Upon consideration of defendant's motion, any opposition hereto, and for good cause shown, it is this __6__ day of ~~December~~, 200__6__ hereby ORDERED that defendant's motion to return his passports be GRANTED,

AND IT IS FURTHER ORDERED, that the Clerk is directed to send those passports at the address stated above by the defendant.

IT IS SO ORDERED

Date 1/6/06

H. Russel Holland
U.S. District Judge



1 page of 1