UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

RECEIVED

MAR 0 6 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE No.  A93-0127 CR (HRH) |
| | )              SA-93-M-682-ALL |
| JAMIE E. MORENO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ASSENTED TO MOTION FOR RETURN POSTED A
## SECURING BOND AS EXONERATED BY THIS COURT

NOW COME the Defendant, Jamie E. Moreno, pro se in the above captioned matter, and respectfully move this Honorable Court to order the Clerk in Santa Ana, California, to return the $ 7,000.00 U.S. currency that were posted as a securing bond on his behalf on November 3, 1993.

In support thereof, defendant state that:

1.   The defendant's family posted a securing bond to the Clerk of Court at Santa Ana, California, on November 3, 1993, at the time of his preliminary hearing (arraignment) in the above referenced cause.

2.   On February 18, 2005, Your Honor ordered that the defendant had been exonerated of the said securing bond and that has no further effect and be returned to the said trustor(s).  See Exhibit A.

3.   That the Deeds were already returned to the trustors but the Clerk failed to return the $ 7,000.00 U.S. currency that were posted on cash by defendant's family at the same time of a

securing bond was posted.

4.    As such, this Honorable Court has granted the defendant's petition to return the said securing bond and that this Court with the order implicitly has indicated its assent to the present motion since the Clerk of Court in Santa Ana, California had failed to return the cash posted on November 3, 1993.

WHEREFORE, the defendant respectfully requests that this Honorable Court order the Clerk of Court in Santa Ana, California to return the said amount of $ 7,000.00 U.S. currency to be posted to the inmate's trust found account at the address below:  Jamie E. Moreno, Reg. 00809-112, P.O. Box 7001/A1A, Taft, California 93268.

Respectfully submitted,

Jamie E. Moreno
Reg. 00809-112
P.O. Box 7001/A1A
Taft, California 93268

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of March, 2006, I mailed, postage prepaid, a copy of the foregoing Praecipe to the party listed below:

D. Smith
Assistant U.S. Attorney
Federal Building, Room 253
222 W. 7th Avenue, #9
Anchorage, Alaska  99513-7567

By: _____
    Jamie E. Moreno
    Defendant