UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMIE E. MORENO,<br><br>        Defendant. | CASE No. A93-0127 CR (HRH)<br>           SA-93-M-682-ALL |

## ORDER

UPON CONSIDERATION of the Defendant's assented motion for return of $ 7,000.00 U.S. currency posted as a securing bond to the Clerk of Court in Santa Ana, California, on November 3, 1993, and that motion having considered by the Court, and for good cause shown, it is this_____day of_____, 2006,

ORDERED, that the motion for return of $ 7,000.00 posted a as a securing bond is GRANTED,

AND IT IS FURTHER ORDERED, that the Clerk of Court in Santa Ana, California, be directed to return the said $ 7,000.00 U.S. currency to the defendant in his inmate's trust fund account at his place of incarceration at Taft, California.

        dated at Anchorage, Alaska, this_____day of_____, 2006.


                                          H. Russel Holland
                                          United States District Judge