IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　 )<br>　　　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　 )<br>　vs.　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>JAIME ERNEST MORENO,　　　　 )<br>　　　　　　　　　　　　　　　 )<br>　　　　　　　　　Defendant.  )<br>_____) | No. A93-0127-CR (HRH) |

O R D E R

Motion for Return of Secured Bond[1]

Defendant moves the court for an order requiring the clerk of court at Santa Ana, California, to return $7,000 in U.S. currency that he asserts was posted as security for a bond on November 3, 1993.

The court has communicated with the clerk at Santa Ana and is informed: "No cash was posted. Property was posted and has been reconveyed." It appearing that the clerk does not hold any cash in connection with this case, the foregoing motion is denied.

DATED at Anchorage, Alaska, this 14th day of March, 2005.

/s/ H. Russel Holland
United States District Judge

---

[1] Clerk's Docket No. 184.