NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED MAY 2 2 2006 CLERK, U.S. ... ANCHORAGE, ALASKA

FILED MAY 17 2006 CATHY A. CATTERSON, CLERK U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-30240 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-93-00127-A-HRH District of Alaska, Anchorage |
| v. | |
| JAIME ERNEST MORENO, aka El Loco, | ORDER |
| Defendant - Appellant. | |

Before: O'SCANNLAIN, SILVERMAN, and GOULD, Circuit Judges.

Appellant's Motion for Leave to File a Late Petition for Rehearing and to Recall the Mandate is DENIED as moot.