# EXHIBIT B

3/14/94    MORENO

CARIBOU → 7th L Street                    (Home) 919-998-2719
                                          (Work) ↗
— 19561 Lanark St.                        — Buy & Selling Cars —
Reseda, CA 91335


Gustavo Veley — through Colombian first    (Maybe summer
            Willie — Back to Colombia.      t 94) (1993)
                — wanted to buy a car       94
    • Summer —1991 Convertible BMW —
                — '87 Black Montarlo —

— White Jerokee — 300 Kilos — Jorge says. —

— met sister — Martha Veley.

    — Gustavo was hiding from A — not to pay him.
    Van Nuys, CA.

—   Gustavo so easy to bring coke to Alaska.
    rather selling in LA. Profit was good.
    — fly up to Alaska.
    — Martha was bringing coke up to Alaska. Gustavo
                                                    said s
    — don't In
    — buyer is Peruvian.
    — different name on driver'a license.
    — met them at 7-11 one time looking for son
        — Black BMW 733 —
            to transport coke. Gustavo's comment — I pay

$3,000 per trip. A says "you're crazy."
- Person meets you at airport.
- Buyer Advanced money — Gustavo says — already
sent money. You crazy - dogs —
- Package — He told me they put it in box of
detergent.

- Gustavo had best price. Help me to all Kilos.
at the time $14,000 per Kilo; Gustavo → $10,000.⁰⁰ per Kilo
1992 — moving Kilos — A.

- 1990 — Ozs.
- End of 1990-91 — into Kilos.
- Gustavo knew he could move Alot of product

dollar bill — $1 — Gustavo own brand.
    — same dollar sign —
Before 7-11 incident — Gustavo
~~August~~ '92
March '92 → 2 Kilos  $10,000 per Kilo  — bad stuff — $13,000 sold to Chuchu
    — sold them to LA — Chuchu — Nickname (Hispanic)
    — bring me two more — Gustavo —
    — brought all 4 Kilos.

- 7-11 — Woodley & Sherman Way — bringing you
money → 4 Kilos back to Gustavo. (go down
to $8,000.⁰⁰).
- Went to Gustavo's Apt — Sherman Way.
Lock Box in front of Apt Bldg

(10)

564-
1255 (3)

( GUSTAVO - open a Kilo, you buy — Policy).

—Take other 2 Kilo — SAM U-HAUL.
   — Parthenia between Reseda & Lyndley.
   — GUSTAVO followed him.
   — TALKS to GUSTAVO & Gustavo tells Jorge
      go get PACKAGE.


— Mother died.
— Very depressed
— I got to make this deal. Going back to
   Colombia.   LARGE DEAL — 100 Kilo. ( somebody in
                                         SAN FRANCISCO )
— I'm going to introduce you to my sister.
   meaning cocaine.
— Left for Colombia —GUSTAVO

NOTES STARTED AGAIN

~ 202

3/16/94    MORENO

- starting ounces - maybe 2 ozs
- first

1/11/89 - $60,000 - wasn't dealing in 1989.

- 7608 CORBIN   3 or 4/90 - use to live there
  = Robbery at that location late 4/90.
  - GUSTAVO never knew CORAN Address.

- 7608 CORBIN sold house 1/4/91    10/90

   19561 LANARK    4/91

- met GUSTAVO → 4/91 WILLIE introduced
  GUSTAVO. Met WILLIE at CAR auction.
- first deal → 1 KILOGRAM in 4/91
  commission by GUSTAVO. charged $2,000 ∞
  (always meet at GAS station 7-11.)
  WILLIE was watching.
- D sold KILOGRAM to (can't remember)
- GUSTAVO gave him beeper Number (cutting
  WILLIE out). Good prices.

One to two weeks, GUSTAVO calls A     D pages GUSTAVO
                                          pearns
call (818 - can't remember his own)
- had a buyer - GUSTAVO was busy
- IRANIAN customer - "JAFE"
AKmenian   lived off 101 freeway by Hollywood.
           wanted 9, 12, 15.

347



- GUSTAVO sold one Kilo.
  A wanted one thousand —
- GUSTAVO said he was busy earlier —
  trying to get an office. "OFFICINA"
  First person to get Kilos from Colombia.

---

- GUSTAVO says hes going to deal big "NORTH"
  (NORTH CALIFORNIA).
- 2-3 days pass. — same customer — 2 Kilos
- Finally gets GUSTAVO
  - home phone # 818 — 998 — 2719. Don't do beeper #
  - went up North; 4/91. — up North.
  - told A — 70 Kilos — made a lot of money
  - delivering 70 Kilos
  - 2 kilo — $25,000 (13 each piece) Comission.
                                      $2,000
2 Kilos —
- beeped him
- took one day

---

        Ho 2 wks.  A paged him
- GUSTAVO wants a nice car — made a lot of $ #
  R.C. Auto, Wilmington
  - 1990 BMW white convertible — automatic
- ordered one Kilogram for Armenian
  Middle East
  (keep $2000 — As
- first day — next day — got car.
  - purchased car — $10,000 — needed
  Repairs
- Made repairs — beeped him (paper
  on car — Home phone # in — comes over A's

348

⑥

③

Kawe

(5191)

BLACK BMW — 733 — 1984 — GusTAvO drove over
to Δ's house. I liked it. Test drive.
— if I like it — can I pay w/coke
Δ said yes.

— ONE week later — GusTAvO gives Δ one Kilo
for BMW. My Name is GusTAvo. Possibly
Jairo Δ gives Car. GusTAvo's lady NAme.
• That Night — changed NAme
— same guy — Armenian $1,000 $/xx
— I'll bring car BACK. GusTAvo shows up
Next day.
— GusTAvo said we'll hold off on car. Got to
go up NORTH. Knew he was going up to
deal Kilos.

— 3 dAys lATer (From up NORTH) —
— Δ starting to have marital problems.
— wife did NOT GusTAvo.

ONE week later 5:00 p.m. + 6:00 p.m.
— GusTAvo shows up at house. Doesn't want
car. Don't wanif to pay TAxes. Too Flashy.
Left Δ make $1,000.00 for bAckIng out.
— Gave $1,000 ⊕ /xx bAck to GusTAvo

— Δ told customer (middle East) said
prices too high. Attempting to save Mel...

349

(4)

Gustavo Kept paging. Told Gustavo
laying low. Once a week.

3-4 months go by. Nothing -
Mexican Guy - "Chu Chu" maybe Jesus (After Gustavo in jail)
(Gas station - talking to Mexican guy)

- Met Mexican guy at the shop on said Mexican
Sherman Way.

AT GAS STATION (by accident)
(White Oak -

. Martha & Gustavo - 10-15 minutes
   - Not working anymore.
   - we're going to Alaska. - Coke to
     Alaska.
   - "That's where the # is"
   - 2 that I send I'm Keep for 2 more -
     profit
   - "I didn't Office no more" Doing
     my own kilos
   - I'm going have some real crap.
     The dollar will be good.
   - Go in the Airport - real small - No
     problem).
   - coke available.
   - Ask for Gustavo's beeper - said it was same
   - I'll give you good price if you move
     some
   - Same time he was in w/ sister.

350

② — trured Mexican as next day
2 Kilos for (3 each)

One day later

— buried Gustavo
— need 2 Kilos
— have them Right now
— My sister's gonna bring you the Kilos

— Meet you (A) the same place
— 2 door, 1987, white Nissan century
got video
— BLACK two monters — A —
— Martha is waiting for A
  — swited car / drove to different
    location
  — Never check Kilos
  — Martha fronts the Kilos
  — Back in bag — 2 Kilos
    Mini dollar sign — photo $1
    got them from Haysent
— How long you going to take.
= you Radio — A

Mexican guy — Never saw this
  — funny smell — 2 Kilos
  — acid one smell —
  — lax pretty

$26,000



- beeped GUSTAVO
- got #
- Met GUSTAVO at car wash - across
  of 7-11 - GUSTAVO is alone.
- I like them. Cell you want.

MITSUBI - talked about car.

<u>2 day later</u> - Fall, '91
- Paged Mexican guy
- bring you 2 more - MAke sure these
  different no funny smell
- beeped GUSTAVO. - 1

- beeped GUSTAVO 7 Ullwoodley & Sherman Way
- told GUSTAVO - they smell strong - these
  dogs.
- GUSTAVO alone. - Fronted kilo's → paper
  bag
- Centra Nissan.

D - BACK to LA
- beeped Mexican.
- went to Mexican - drunk - unhappy.
- did you bring 'em
- hard to sell
- Saw the dollar.
- Mexican says call this guy.
- beeped GUSTAVO from Mexican
- I can't do any. I got brands -
  bring them back

31. — Mexican gave 2 Kilos Back.
    — Thought he was not coming back.
    ~~Gave~~
    — Gustavo gave $13,000 & one good
      Kilogram. Another g/s solution.
      White Nissan.

— Went to Gustavo's house Sherman
  Way (Across street from Toy R Us)
  Put 2 Kilos — bad —
• — I'll send those to AK and problems.
— Go into Apt (security, apt) left
  hand side — security box — Gustavo's
  put 'em in there.
— Gustavo gives ∆ $13,000 °°/°° Let's go to San
— Followed him to                    U-Haul
      Parthenia (Reseda & Lyndele)
      — Go into one gate
      — Gustavo pulls in front of office
      — Gustavo talks to organize Jorge
      — Bag w/ one Kilo. — given to Rein
        by Jorge.

— We
    Lyndei & Parthenia — corner Gustavo
    Says Never come here. A says Okay.

— A goes to Mexican (Beeped first).
    1 Kilo $ $13,000  (∆ took back 2 Kilos).

⑧

- Beeped Gustavo first
- 2nd Kilos - Across street from Toys
  R US.
- Mentioned ALASKA again.

- Paged Gustavo
- all Raw dollar Kilos.
- Get me some other type -
- I Take them to Alaska
- People up there - they don't know
  any better.

In Center - Gustavo. in bag.
- 1 kilo - Mexican
- I opened bag.
- Wrapped different.
- Give to you for $8500.00
- People in AK.
- He makes $60,000 to $90,000 - in couple
  trips.

- Tried to keep him - (late 1991)
- Needed Another car
  1985 MIT. MONTERO - Comes over to As use the car
- His mother really sick is dying
- wanted to see plum
- mother is really sick.
- Got a big deal. Need to sail it
- before going to Colombia - to see Mother

354



- First X, ripped off from Gustavo — Driving
around — Tampa (Lucky stores) + can't
constantly on phone
  - Gustavo says have 2 kilos
    - fly to Colombia to see mother
    - Pay me when I get back
  - Gustavo say leave in car
  - Gustavo say Kilos "perfect but soft"
  - Going to nail deal →

- Go back to Gustavo's Apt. Take 2 Kilos
  - Same crap — Very soft
  - take one Kilo — $100,000
  - pay me later — after Colombia

  - Put Peguin $30000an - 1980 - in trunk
  parked on street. Away from house
  (in neighborhood)
  - Next day — Kilo ripped from car. Calls at Gustavo's house.
  2 or 3 d days later — Gustavo Beeps him.
  Mother dies before he goes to Colombia.
  - coming R+ over Bad news — ripped off

  - Met at Tampa/ Sadeco — Lucky's Store
    - Gustavo say mother died
    - Owe me $900 — for ripped one Kilo
    - Your sister is going to stay, sister
    will take business
    - Try to call her No (A) I will
    want

**355**



Gustavo Ivs Mdcomes back — couple months later — possibly May '92.

First time's he comes back. Gustavo — I need $2,800

1984-85 tow truck sold 1 month (have 6-7000)
- gave Gustavo $2,000²²
- I'm back buried my mother
= Who are you working with — Sam's Uhaul —
  A never went back.
- Gustavo says help — I want to make
  $100,000 & I'm out of this business —
  Go back to Colombia — Have condo in
  Colombia.
- D says $2,000 that I'm giving you —
  start calling people
- Same week — phoned Mexican guy — 1 kilo.

Beeped Gustavo = 1 kilo —
- Went to Sam U-Haul (2nd trip).
- Big scen
  Jorge yelling Gustavo. (Gustavo says we need another kilo.)
- Jorge — I'm not gonna work for you
  anymore. I'm not any money.
  You're making all money — through
  Alaska. I'm broke.
Gustavo says I'll give you $ or whatever
you want. Gustavo knew.
- At same moment — Jorge says
  you made $60,000 that you talk to 356

· Colombia. I'm over w/ no money.
Don't come around no more.

Gustavo keeps up sweet talk. Could not
convince Jorge.

· Gustavo says to △ I can't have this guy
against me. I need him. Don't worry
— I'm going to give ~~Gustv~~ Jorge a car.
— took me back to my car.
· — Gustavo to talk to Jorge later.
— Gustav said come up w/ story & past phone
1 Day.

— Beeped Gustavo next day.
— Gustavo called back.
— I'm gonna buy your Mitsu — wants test drive.
— Sold truck (tow) $5500
— ~~Get more~~ coke — Gustavo.
— sold $4500 for Mitsu. to Gustavo. Will pay
in one week.

— Back from Colombia
— Want to talk to you I'm back.
— Gave 2,000.
— said selling tow truck — pay you later.
~~$5500~~ won $6,000.

357

①
ONE keeper in Mexico — TWO office paper
— Tried to deal w/ her in Dec 91.

3/17/94 — MORENO.

— first DARIO - early 1992.

BACK — Colombia
— make $100,000 & leave.
— shopping mall — LUCKY STORE —
— help sell him cocaine — Get customers.
— setting Alot of kilos.
— Pay him off.

I have (GUSTAVO) alot of coke.
— have 10 kilos — want to move?
—

— start going to Jorge oral my sister
— called your sister — she never called — MARIA

GUSTAVO & D go to SAM U-HAUL
— Gustavo driving to U-HAUL
— Exchange beeper Numbers.

— GUSTAVO says

—DARIO
1 time — 2 KILOS — w/Jorge.

FAX. 805-742-6564

3/17/94 — MORENO —

NOV — 1991 — CONVERSATION between A & GUSTAVO. SHOPPING center
— Mother is sick
— had to do a deal
— deal to happen ANY time.
— bring coke up NORTH. From LA to up NORTH.
— don't return my calls...
**3xs.**
**2—4xs** — 1 to 2 Kilos          **Nov. '91 to Dec '91**
— GUSTAVO brought coke        1-Kurt 1-chr 2 — Armenian.
— ginyo (customers) look at it.   "SINTAVO" (Right quality)

Dec '91
— GUSTAVO — CONVERSATION → AT HOUSE (KITCHEN)
— **called back motherdied**
— madeadeal; NOT to worryon money.
— before Colombia
— lost 1 Kilos — couple months before

— PREVIOUS RIP OFF — 2 months — 2 days — 2 months.



3/17/94 — MORENO

Tim        —   DARIO
    2 x s       —   1 Kilo eAcH

        3 x s        —   1 Kilo eAcH

3/17/94 - Moreno

I WASN't lying — I WAS lying
— I WAS WITHHOLDING BACK

Tim   so are you saying you lied
to us.

No, I didn't ly

Moreno said

4/91

    1 Kilo from GUSTAVO

3/16/44

    — 1 to 2 weeks later
        1 Kilo from GUSTAVO

5/91
    — A had BLACK BMW
    — Sold to Gustavo for 1 Kilo

8/4/91

    2 Kilos from GUSTAVO
      Martha delivered

Fall '91
    — 2 Kilos

Late 1991
Gustavo mother ill
    — offered 2 Kilos to A but A only took 1 (one)

May '92        SAM's U-HAUL
1 Kilo

Jan '93 — 2 Kilos

**IOS 0001**

8/92    6 to 9 ounces.

8/92 - 9/92    1 Kilogram    14,500 to 15,000

9/92 - 11/92    4 to 7 occasions sold
        Moreno    1 Kilogram
                    2 Kilos on one occasion

1/93 -    2 Kilos -Conspiracy.
date unknown - 1 Kilo
2/93 - 4/93 - 2 Kilograms
2/93 - 3/93 → 2 pounds MJ.    8500 per lb

**IOS 0002**

** TOTAL PAGE.04 **