UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
SEP 1 7 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Respondent,  )<br>  )<br>vs.  )<br>  )<br>JAIME ERNEST MORENO,  )<br>  )<br>Petitioner.  )<br>  )<br>_____ ) | Civil No.:_____<br>Related to Criminal Case No.<br>A93-0127 CR (HRH) |

### REQUEST FOR APPOINTMENT OF COUNSEL

COMES NOW Petitioner, Jaime Ernest Moreno, pro se, in the above entitled case, and hereby requests this Honorable Court to appoint counsel to assist him in the perfection of the habeas corpus to set aside or vacate the sentence pursuant to 28 U.S.C. § 2255; petitioner's claims of ineffective assistance of counsel conclusively shows that petitioner is entitled to relief, and assistance of counsel would significantly aid petitioner in presenting claims in more persuasive manner.

Petitioner avers that due to the complexity of the issues which were brought forth on his habeas petition that the learned experience of an attorney is required. Petitioner further maintains that he is indigent and cannot afford the services of retained counsel. Petitioner also submits with the intant petition a Financial Affidavit (CJA 23) in support of request for attorney.

Therefore, in the interest of justice, petitioner requests that this Honorable Court to appoint the below named attorney to represent him while on habeas petition.

G. Blair McCune
Attorney at Law
425 G Street, Suite 620
Anchorage, Alaska 99501-2137

Mr. McCune is familiar with the case and understand the circumstances from which this § 2255 petition arose. He represented petitioner in a concurrent criminal appeal matter but unfortunately was substituted for a different counsel on appeal.

As there are allegations of the Sixth Amendment in this case petitioner feels that there is merit to his habeas corpus as to the issue of ineffective assistance of counsel from which relief is warranted in this case.

DATED: September 13, 2007   at Taft, California.

Respectfully submitted,

Jaime Ernest Moreno
Reg. 00809-112
P.O. Box 7001/A1A
Taft, California 93268

2