# G. Blair McCune
## Attorney at Law

425 G Street, Suite 620
Anchorage, AK 99501-2137
Tel: (907) 644-8568
Fax: (907) 644-9008
Email: mccune@gci.net

May 3, 2007

Mr. Jaime Ernest Moreno (#00809-112)
Taft Correctional Institution – A1A
P.O. Box 7001
Taft, CA 93268

<u>Re</u>: Legal Representation

Dear Mr. Moreno:

    Thank you very much for your April 27, 2007 letter. I certainly remember representing you in your direct appeal to the United States Court of Appeals for the Ninth Circuit. I really do appreciate your kind words concerning my efforts on your behalf.

    You have asked me whether I would be willing to represent you in a motion to set aside or vacate sentence under 28 U.S.C. § 2255. You told me that you intend to file such a motion in the near future.

    Unfortunately, because of the way attorney assignments are done in federal cases in Alaska, I cannot give you a direct answer to your question. As I understand it, the district court first makes a determination whether counsel will be appointed. If counsel is appointed, then the matter is referred to the Federal Public Defender's office. If a federal public defender attorney is not available to take the case, another referral is made -- this time to the Criminal Justice Act (CJA) coordinator. I do not know the exact process the CJA coordinator uses to decide which attorney is assigned to which case. However, I know in my own situation that I will sometimes have to decline taking a case because I have too much work.

    So, I guess the best I can do in answering your question is to say that I certainly would be "willing" to represent you in a § 2255 proceeding. But whether I would be able to do so would depend on my schedule at the time and whether I am requested by the CJA coordinator to represent you. I hope this response is satisfactory.

Page 2

    I hope you are doing as well as possible under the circumstances. It was good to hear from you, and I want to wish you the best of luck in your future legal proceedings whether or not I have the opportunity to participate in them.

                                    Sincerely,

                                    G. Blair McCune  
                                  Attorney at Law