G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:93-cr-127-01-HRH |
| Plaintiff, | ) | |
| | ) | **ENTRY OF APPEARANCE** |
| vs. | ) | |
| | ) | |
| JAIME ERNEST MORENO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

G. Blair McCune, Attorney at Law, enters his appearance on behalf of the

Defendant, Mr. Jaime Ernest Moreno, and requests that copies of all pleadings filed in this

action be mailed to his office at 425 G Street, Suite 620, Anchorage, Alaska 99501-2137.

DATED at Anchorage, Alaska September 27, 2007.

RESPECTFULLY SUBMITTED,

_____s/ G. Blair McCune_____
G. BLAIR McCUNE
Attorney for Defendant
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net
Alaska Bar No. 7906037

Certification

I certify that on September 27, 2007 a copy of the foregoing
**ENTRY OF APPEARANCE**
was served electronically on:

Ms.Jo Ann Farrington
Assistant United States Attorney


___s/ G. Blair McCune___
Attorney at Law
Attorney for Defendant