NELSON P. COHEN
United States Attorney

JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: joe.bottini@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | No.  3:93-cr-00127-HRH |
| ) | |
| Plaintiff,    ) | |
| ) | NOTICE OF ATTORNEY |
| vs.    ) | APPEARANCE |
| ) | |
| JAIME ERNEST MORENO,    ) | |
| ) | |
| Defendant.    ) | |
| ) | |

COMES NOW the United States by and through counsel and hereby gives notice that Assistant United States Attorney Joseph W. Bottini now appears as lead attorney for the for United States of America in the above-entitled action.

The government requests that pleadings in the above-entitled action be sent to Joseph W. Bottini at:

JOSEPH W. BOTTINI
Assistant U.S. Attorney
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: joe.bottini@usdoj.gov

     RESPECTFULLY SUBMITTED this <u>28th</u> day of September, 2007 at

Anchorage, Alaska.

                              NELSON P. COHEN
                              United States Attorney

                              s/ Joseph W. Bottini
                              JOSEPH W. BOTTINI
                              Assistant U.S. Attorney
                              222 West 7th Ave., #9, Rm. 253
                              Anchorage, AK 99513-7567
                              Phone: (907) 271-3668
                              Fax: (907) 271-1500
                              E-mail: joe.bottini@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2007
a copy of the foregoing NOTICE was served
via fax on:

Blair G. McCune
(907) 644-9008

 s/ Joseph W. Bottini

U.S. v. Moreno
3:93-cr-000127-HRH