NELSON P. COHEN
United States Attorney

JO ANN FARRINGTON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:93-cr-00127-HRH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE TO DISCONTINUE** |
| vs. | ) | **ELECTRONIC SERVICE** |
| | ) | |
| JAIME ERNEST MORENO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      COMES NOW Plaintiff United States of America, by and through Nelson P. Cohen, United States Attorney for the District of Alaska, and hereby requests the Court no longer electronically serve pleadings in the above-captioned case on Jo Ann Farrington, Assistant U.S. Attorney.  Assistant U.S. Attorney Joseph W. Bottini, is the lead attorney in this matter.

RESPECTFULLY submitted this 28th day of September, 2007, at Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/ Jo Ann Farrington
>JO ANN FARRINGTON
>Assistant U. S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>E-mail: jo.ann.farrington2@usdoj.gov