G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>JAIME ERNEST MORENO, )<br> )<br>Defendant. )<br>_____ ) | Case No. 3:93-cr-127-01-HRH<br><br>**MOTION FOR EXTENSION OF TIME TO FILE AMENDED § 2255 MOTION** |

      Defendant, by counsel, G. Blair McCune, Attorney at Law, moves for an extension of time to file an amended motion supplementing Mr. Moreno's 28 U.S.C. § 2255 motion to set aside, vacate, or correct his sentence. The amended motion is currently due on October 22, 2007. Defendant is requesting a forty-five (45) day extension until December 3, 2007 within which to file the amended motion.

      The reason Defendant is requesting this extension is because, as set out in the attached declaration, undersigned counsel has a busy schedule of appellate matters in other cases. In addition, Mr. Moreno filed a lengthy *pro se* §2255 motion, and counsel will need to consult with Mr. Moreno closely regarding the amended motion.

Counsel left a telephone message with Ms. Jo Ann Farrington, Assistant United States Attorney, on October 19, 2007 informing her that he intended to file this motion.

DATED at Anchorage, Alaska October 20, 2007.

RESPECTFULLY SUBMITTED,

        s/ G. Blair McCune    
G. BLAIR McCUNE
Attorney for Defendant
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net
Alaska Bar No. 7906037

Certification

I certify that on October 20, 2007 a copy of Defendant's
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE § 2255 MOTION**, the **PROPOSED ORDER**, and the attached **DECLARATION OF COUNSEL**
were served electronically on:

Ms. Jo Ann Farrington
Assistant United States Attorney


   s/ G. Blair McCune   
Attorney at Law