IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:93-cr-127-01-HRH |
| Plaintiff, | ) | |
| | ) | **PROPOSED ORDER GRANTING** |
| vs. | ) | **EXTENSION TO FILE** |
| | ) | **AMENDED § 2255 MOTION** |
| JAIME ERNEST MORENO, | ) | |
| | ) | |
| Defendant. | ) | |
| ―――――――――――――――――――― | ) | |

Based on the Defendant's Motion for Extension of Time to File §2255 Motion and this Court being fully advised

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. Defendant's Amended § 2255 Motion will be due on or before December 3, 2007.

DATED AND ENTERED this _____ day of _____, 2007.


_____
Hon. John D. Roberts
United States Magistrate Judge