Attorney for Defendant
G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net

Attorney for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:93-cr-127-01-HRH |
| Plaintiff, | ) | |
| | ) | **DECLARATION OF COUNSEL** |
| vs. | ) | |
| | ) | |
| JAIME ERNEST MORENO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | |
|---|---|
| STATE OF ALASKA | ) |
| | )  ss. |
| THIRD JUDICIAL DISTRICT | ) |

G. Blair McCune, pursuant to 28 U.S.C. § 1746, declares as follows:

1.  I am the attorney assigned to represent the Defendant in the above-styled case.  The facts set out in the Motion for Extension of Time to File §2255 Motion are true to the best of my knowledge.

2.  The main reason I am requesting an extension to file an amended petition in Mr. Moreno's case is because of a busy schedule of appellate matters I have to complete in the next month.  I have two opening briefs due in cases before the

Alaska Court of Appeals. The first brief is due in *Ronald Smith v. State*, No. A-9596 (Alaska App.) on October 22, 2007. I will need to request a ten-day extension for the *Smith* brief. The second brief, in *Frank Marshall v. State*, No. A-9721 (Alaska App.), is due on November 5, 2007. In addition to these matters, I have an oral argument set before the Alaska Court of Appeals on November 14, 2007 in *Greenpeace, Inc. v. State*, No. A-9363 (Alaska App.). I also need to file a petition for certiorari with the United States Supreme Court in *United States v. Cleveland Adams*, No. 06-30519 (9th Cir.) on November 20, 2007.

3.  Despite this busy schedule, I decided to accept Mr. Moreno's case when the CJA coordinator telephoned me. One reason I did so was because Mr. Moreno had requested that I represent him if possible. More importantly, because I had represented Mr. Moreno in the initial briefing stages of his direct appeal, I was familiar with his case.

4.  I have been working diligently on this case. I have reviewed Mr. Moreno's *pro se* §2255 motion. I have also obtained my direct appeal file from archives. Finally I have corresponded with Mr. Moreno concerning the issues to be raised in the amended motion. Mr. Moreno filed a lengthy *pro se* motion, and from my prior work on the case I know that Mr. Moreno wants to be consulted closely regarding his case. I will need to make sure I correspond and speak with Mr. Moreno on the telephone before I filed the amended motion.

5.  As noted in this motion, I left a voicemail message with Ms. Farrington on the telephone on October 19, 2007. I let Ms. Farrington know I was filing this motion. Unfortunately, I will be in state court most of the day on Monday,

October 22, 2007.  Therefore, I decided to go ahead and file this motion without first

learning of the Government's position.  I regret not calling Ms. Farrington earlier.

       I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 20, 2007.

    \_\_\_\_\_s/ G. Blair McCune\_\_\_\_\_
G. BLAIR McCUNE
Attorney for Defendant
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net
Alaska Bar No. 7906037