IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:93-cr-00127-01-HRH |
| Plaintiff, ) | |
| vs. ) | **ORDER GRANTING EXTENSION TO FILE AMENDED § 2255 MOTION** |
| JAIME ERNEST MORENO, ) | (Docket No. 221) |
| Defendant. ) | |

Based on the Defendant's Motion for Extension of Time to File §2255 Motion and this Court being fully advised

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. Defendant's Amended § 2255 Motion will be due on or before December 3, 2007. The government shall file its answer on or before January 4, 2008.

DATED AND ENTERED this 22nd day of October, 2007.

/s/John D. Roberts, USMJ
Signature Redacted

Hon. John D. Roberts
United States Magistrate Judge