NELSON P. COHEN
United States Attorney

JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: joe.bottini@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:93-cr-00127-HRH |
| | ) | |
| Plaintiff, | ) | **NON-OPPOSED MOTION** |
| | ) | **TO CONTINUE DEADLINE** |
| vs. | ) | **FOR RESPONSE TO** |
| | ) | **DEFENDANT MORENO'S** |
| JAIME ERNEST MORENO, | ) | **28 U.S.C. § 2255 MOTION** |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and files this non-opposed motion to continue the deadline for responding to defendant Moreno's 28 U.S.C. § 2255 Motion to set aside, vacate, or correct his sentence.

The government's response to Moreno's § 2255 motion is currently due on or about January 2, 2008. The government, through this non-opposed motion, seeks a 30 day extension of time (until February 1, 2008) within which to respond to the

§ 2255 motion. This extension of time is sought due to the undersigned government attorney's schedule and planned annual leave during the period of December 17, 2007, to January 2, 2008.

On December 14, 2007, the undersigned government attorney spoke with the defendant's attorney, G. Blair McCune, regarding the requested extension of time. Mr. McCune advised that he had no opposition to the government's request for a 30 day extension of time to respond to the § 2255 motion.

RESPECTFULLY SUBMITTED this 19th day of December, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

 s/ Joseph W. Bottini
JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave, #9, Room 253
Anchorage, Alaska  99513-7567
Phone:  (907) 271-5071
Fax: (907) 271-1500
E-Mail: joe.bottini@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on December 19, 2007,
a copy of the foregoing **NON-OPPOSED MOTION TO CONTINUE DEADLINE FOR RESPONSE TO DEFENDANT MORENO'S 28 U.S.C. § 2255 MOTION**
was served electronically on:
G. Blair McCune

 s/ Joseph W. Bottini