IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                            )<br>                          Plaintiff,    )<br>                                                            )<br>            vs.                                       )<br>                                                            )<br>JAIME ERNEST MORENO,              )<br>                                                            )<br>                          Defendant.  )<br>_____)  | No. 3:93-cr-00127-HRH<br><br>**[PROPOSED]**<br>**ORDER CONTINUING**<br>**DEADLINE FOR RESPONSE**<br>**TO DEFENDANT**<br>**MORENO'S 28 U.S.C. § 2255**<br>**MOTION** |

Having considered the non-opposed motion filed by the United States to continue, for a period of 30 days, the deadline for responding to defendant Moreno's 28 U.S.C. § 2255 motion, IT IS HEREBY ORDERED that the government's motion is GRANTED and that the government's response shall be filed on or before February 1, 2008.

IT IS SO ORDERED.

DATED this ____ day of December, 2007, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE