NELSON P. COHEN
United States Attorney

JO ANN FARRINGTON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: jo.ann.farrington2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:93-cr-00127-HRH |
| Plaintiff, | ) |
| vs. | ) **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE GOVERNMENTS RESPONSE** |
| JAIME ERNEST MORENO, | ) |
| Defendent. | ) |

The United States of America, by and through its attorneys, Nelson P. Cohen, United States Attorney for the District of Alaska, and Jo Ann Farrington, Assistant United States Attorney, moves this Court for an extension of time of 45 days in which to file the government's response to defendant Moreno's 28 U.S.C. § 2255 Motion for the reasons set forth below.

The government's response to Moreno's motion is now due on February 1, 2008. Counsel for the government was recently asked to assume responsibility for preparing the response because previous government counsel's schedule did not permit him to do so. Counsel needs time to become familiar with the history of the case, which dates back to 1993. The undersigned is also responsible for two appellate briefs and an oral argument due within the next month, and will not be able to devote the necessary time to this response until those are completed.

Counsel for the defendant, Blair McCune, has been contacted with respect to this motion, and is unopposed to the extension.

Wherefore, for the foregoing reasons, the United States respectfully requests an extension of time of 45 days to file its response.

//
//
//
//
//
//
//

//

RESPECTFULLY SUBMITTED, this 22nd day of January, 2008.

NELSON P. COHEN
United States Attorney

s/ Jo Ann Farrington
JO ANN FARRINGTON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave, #9, Room 253
Anchorage, Alaska  99513-7567
Phone:  (907) 271-5071
Fax: (907) 271-1500
E-Mail: jo.ann.farrington2@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on January 22, 2008,
a copy of the foregoing **UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE GOVERNMENTS RESPONSE**
was served electronically on: G. Blair McCune

s/ Jo Ann Farrington