IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:93-cr-00127-HRH |
| Plaintiff, | ) |
| vs. | ) **[PROPOSED] ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE** |
| JAIME ERNEST MORENO, | ) |
| Defendant. | ) |

The Government's Unopposed Motion For Extension Of Time To File Governments Response in this case is hereby GRANTED.  It is ordered that the response due date will be extended to the _____ day of February, 2008.

IT IS SO ORDERED.

Dated: _____          _____
                                                                           United States District Court Judge