Westlaw.

21 Fed.Appx. 739
21 Fed.Appx. 739, 2001 WL 1382025 (C.A.9 (Alaska))
**(Cite as: 21 Fed.Appx. 739)**

Page 1

H
U.S. v. Moreno
C.A.9 (Alaska),2001.
This case was not selected for publication in the Federal Reporter.Please use FIND to look at the applicable circuit court rule before citing this opinion. (FIND CTA9 Rule 36-3.)
United States Court of Appeals,Ninth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Jamie Ernest MORENO, Defendant-Appellant.
**No. 99-30347.**
**D.C. No. CR-93-00127-HRH.**

Argued and Submitted Sept. 12, 2001.
Decided Nov. 7, 2001.

Appeal from the United States District Court for the District of Alaska H. Russel Holland, District Judge, Presiding.

Before REINHARDT, HAWKINS and RAWLINSON, Circuit Judges.

MEMORANDUM [FN*]

FN* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36-3.

*1 Jamie Ernest Moreno ("Moreno") pled guilty to one count of conspiracy to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1) and § 846, pursuant to a plea agreement.

Moreno and the government agree that the district court judge failed to set forth the nature of the conspiracy charge during the plea colloquy. Accordingly, Moreno's plea cannot stand. *See United States v. Bruce,* 976 F.2d 552, 560 (9th Cir.1992).

Moreno's guilty plea and sentence are therefore vacated, and the case remanded to the district court for further proceedings.

VACATED AND REMANDED.

C.A.9 (Alaska),2001.
U.S. v. Moreno
21 Fed.Appx. 739, 2001 WL 1382025 (C.A.9 (Alaska))

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.