NELSON P. COHEN
United States Attorney

ANDREA STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: aunnie.steward@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:93-cr-127-HRH-JDR |
| Plaintiff, | ) |
| vs. | ) <u>NOTICE OF ATTORNEY</u><br>) <u>TERMINATION</u> |
| JAIME ERNEST MORENO, | ) |
| Defendant. | ) |

COMES NOW the United States by and through counsel and hereby gives notice that Assistant United States Attorney Andrea T. Steward now appears as counsel for the for United States of America in the above-entitled action. All future correspondence in this matter should be sent to:

ANDREA STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: aunnie.steward@usdoj.gov

In addition, the government requests that the Court no longer serve pleadings in the above-captioned case on AUSA Jo Ann Farrington now that the undersigned is appearing as counsel in this case.

RESPECTFULLY SUBMITTED this 17th day of March, 2008 at Anchorage, Alaska

NELSON P. COHEN
United States Attorney

s/ Andrea T. Steward
ANDREA T.  STEWARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3668
Fax: (907) 271-1500
E-mail: andrea.steward@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2008
a copy of the foregoing was served
electronically on: G. Blaire McCune


s/ Andrea T. Steward