G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:93-cr-00127-01-HRH-JDR |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION FOR** |
| vs. | ) | **EXTENSION TO FILE REPLY** |
| | ) | **TO GOVERNMENT'S RESPONSE** |
| JAIME ERNEST MORENO, | ) | **IN OPPOSITION TO § 2255 MOTION** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, by counsel, G. Blair McCune, Attorney at Law, moves for an extension of time to file a reply to the Government's Response in Opposition to Defendant's § 2255 Motion to Vacate.  (Docket No. 231)  Defendant's reply to the Government's response is currently due on April 4, 2008.  (Docket No. 233)  Defendant requests a seven (7) day extension until April 13, 2008 within which to file the reply.

The reason Defendant is requesting this extension is because, as set out in the attached declaration, undersigned counsel has had difficulty consulting with Mr. Moreno about the reply.  Mr. Moreno requested that counsel move for an extension so that counsel can review a letter Mr. Moreno mailed two days ago.  Further, Mr. Moreno desires further telephone

consultation, and counsel arranged a telephone call with Mr. Moreno through personnel at the

Federal Correctional Institution Taft for April 4, 2008.

Counsel spoke with Ms. Jo Ann Farrington, Assistant United States Attorney,

today on the telephone.  Ms. Farrington said that the Government does not oppose this motion.

DATED at Anchorage, Alaska April 3, 2008.

RESPECTFULLY SUBMITTED,


_____s/ G. Blair McCune_____
G. BLAIR McCUNE
Attorney for Defendant
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net
Alaska Bar No. 7906037


Certification

I certify that on April 3, 2008 a copy of Defendant's
**UNOPPOSED MOTION FOR EXTENSION**
**TO FILE REPLY TO GOVERNMENT'S RESPONSE**
**IN OPPOSITION TO § 2255 MOTION**, the **PROPOSED ORDER**,
and the attached **DECLARATION OF COUNSEL**
were served electronically on:

Ms. Jo Ann Farrington
Assistant United States Attorney


___s/ G. Blair McCune___
Attorney at Law
Attorney for Defendant