IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JAIME ERNEST MORENO,  )<br>  )<br>    Defendant.  )<br>_____ ) | Case No. 3:93-cr-00127-01-HRH-JDR<br><br>**PROPOSED ORDER GRANTING EXTENSION TO FILE REPLY TO GOVERNMENT'S RESPONSE** |

Based on the Defendant's Unopposed Motion for Extension to File Reply to Government's Response in Opposition to Defendant's §2255 Motion and this Court being fully advised

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. Defendant's Reply to the Government's Response in Opposition will be due on or before April 13, 2008.

DATED AND ENTERED this ____ day of _____, 2008.

_____
Hon. John D. Roberts
United States Magistrate Judge