G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:93-cr-00127-01-HRH-JDR |
| ) | |
| Plaintiff, ) | **DECLARATION OF COUNSEL** |
| ) | |
| vs. ) | |
| ) | |
| JAIME ERNEST MORENO, ) | |
| ) | |
| Defendant. ) | |

STATE OF ALASKA          )
                         )  ss.
THIRD JUDICIAL DISTRICT  )

G. Blair McCune, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the attorney assigned to represent the Defendant in the above-styled case. The facts set out in the Unopposed Motion for Extension to File Reply to Government's Response in Opposition to §2255 Motion are true to the best of my knowledge.

2. The reason I am requesting an extension to file the reply in Mr. Moreno's case is because of difficulty I have had in consulting with my client. Mr. Moreno is currently incarcerated at Federal Correctional Institution Taft in Taft, California. I sent Mr. Moreno a

copy of the Government's response in opposition on March 20, 2008.  Mr. Moreno wrote back and informed me that he was unable to telephone me because of a "lockdown" in his section of the institution.  I was out of town traveling from March 27-30, 2008.  But, on my return, I made arrangements with the prison staff to set up a telephone call for me with Mr. Moreno.  Staff has arranged this call for April 4, 2008.  Mr. Moreno was able to get through on the telephone to me this morning.  He informed me that he had sent a letter to days ago outlining issues he wants me to address in the reply.  He requested that I ask this court for extension in order to read his letter.  In addition, we will be able to speak on the telephone tomorrow.

      3.  I believe there is good reason for this extension to allow further consultation between Mr. Moreno and myself.  I am sure that consultation will be complete and that I will be able to file the reply by April 13, 2008 if this extension is granted.

      4.  As noted in this motion, I spoke with Ms. Farrington on the telephone today.  Ms. Farrington told me that the Government would not oppose this motion.

      I declare under penalty of perjury that the foregoing is true and correct.  Executed on: April 3, 2008.

    ____s/ G. Blair McCune____
G. BLAIR McCUNE
Attorney for Defendant
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net
Alaska Bar No. 7906037