NELSON P. COHEN
United States Attorney

ANDREA T. STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: andrea.steward@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:93-cr-127-HRH-JDR |
| Plaintiff, | ) |
| v. | ) |
| JAIME ERNEST MORENO, | ) **STATUS REPORT** |
| Defendant. | ) |

COMES NOW THE UNITED STATES OF AMERICA and files this status report. On April 3, 2008, at docket no. 235, the United States filed an Errata to docket no. 231. The document at docket no. 235 is the same as docket no. 231 with the addition of citations to the record and two additional attachments to

support the citations in the record that were made possible upon the receipt of the record from Seattle, Washington.

RESPECTFULLY SUBMITTED this <u>16th</u> day of May 2008, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Andrea T. Steward
ANDREA T. STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: andrea.steward@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2008,
a copy of the foregoing **STATUS REPORT** was served electronically on:

G. Blaire McCune,
Counsel for Defendant

s/ Andrea T. Steward
Assistant U.S. Attorney