**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　Plaintiff,<br>vs.<br><br>JAIME ERNEST MORENO,<br><br>　　　　　　Defendant. | 3-93-cr-00127-HRH-JDR<br><br>**FINAL RECOMMENDATION<br>REGARDING AMENDED<br>MOTION PURSUANT TO 28<br>U.S.C. § 2255**<br><br>(Docket No.224) |

　　　　　The Magistrate Judge has reviewed the objections of defendant Jamie Ernest Moreno to his recommendation that Mr. Moreno's amended motion seeking to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 b denied. (Docket No. 243). The government filed a response to said objections. (Docket No. 224). Nothing in said briefing causes the modification of the initial recommendation. A brief comment, however, is in order.

　　　　　The parties continue to focus on *United States v. Mezzanatto,* 513 U.S. 196 (1995), and its holding that Federal Rule of Evidence 410 creates a privilege regarding statements made during plea discussions. This is beyond dispute. *Mezzanatto* involved the use of a defendant's plea discussion statements against him at ***trial***. The instant case did not involve the use of Moreno's plea discussion statements at trial. Rather, it involved the use of such statements at sentencing. The recommendation's conclusion

that this issue is governed by Federal Rule of Evidence 1101(d)(3) (providing that the other rules of evidence are not applicable to sentencing) is therefore sound and stands unchallenged. *See U.S. v. Paden,* 908 F.2d 1229, 1235 n.3 (5th Cir. 1990). The sentencing court may rely upon any evidence of the defendant's credibility and responsibility that is "sufficiently reliable". *Id.* at 1235.

## CONCLUSION

For the foregoing reasons the Magistrate Judge hereby declines to modify his recommendation that Moreno's amended motion (Docket No. 224) to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 be **DENIED**.

DATED this 7th day of July, 2008, at Anchorage, Alaska.

/s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge