**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

United States of America,
    Plaintiff,

                              Case Number 3:93-CR-00127-HRH
                                  (3:07-CV-00190-HRH)
v.

Jamie Ernesto Moreno,
    Defendant.              **JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT defendant's application for post-conviction relief [28 U.S.C. 2255] is dismissed.

APPROVED:

s/ H. Russel Holland
United States District Judge

_July 16, 2008_                        Ida Romack
Date                                    Clerk of Court

                                        Chad Wilts
                                       (By) Deputy Clerk

[397cr127hrh judgment on 2255.wpd]