IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JAIME ERNEST MORENO,  )<br>  )<br>  Defendant.  )<br>_____ ) | Case No. 3:93-cr-127-01-HRH-JDR<br><br>**PROPOSED ORDER GRANTING<br>MOTION FOR CERTIFICATE<br>OF APPEALABILITY** |

Based on the Defendant's Motion for Certificate of Appealability and this Court being fully advised

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. A certificate of appealability is issued on the ineffective assistance of counsel claim set out in Ground 2 of this court's order denying Defendant's 28 U.S.C. § 2255 motion.

DATED AND ENTERED this ____ day of _____, 2008.

_____
Hon. H. Russel Holland
United States District Judge