G. Blair McCune
Attorney at Law
425 G St., Suite 620
Anchorage, Alaska  99501
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JAIME ERNEST MORENO,  )<br>  )<br>  Defendant.  )<br>_____ ) | Case No. 3:93-cr-00127-01-HRH-JDR<br>(3:07-cv-00190-HRH)<br><br>**NOTICE OF APPEAL** |

  Notice is hereby given that Jaime Ernest Moreno, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment in a civil case filed in this action on July 16, 2008.

  Pursuant to Fed. R. App. P. 22, Defendant has filed a motion for certificate of appealability in connection with this Notice of Appeal.  Also, pursuant to Ninth Circuit Rule 3-1, the clerk is advised that the court has previously granted the defendant Criminal Justice Act status, and the filing fee need not be paid.

  DATED at Anchorage, Alaska September 12, 2008.

  RESPECTFULLY SUBMITTED,

    \_\_\_\_s/ G. Blair McCune\_\_\_\_
G. BLAIR McCUNE
Attorney for Defendant
425 G St., Suite 620
Anchorage, Alaska  99501-2137
Tel. (907) 644-8568
Fax (907) 644-9008
E-mail: mccune@gci.net
Alaska Bar No. 7906037

Certification

I certify that on September 12, 2008 a copy of the foregoing
**NOTICE OF APPEAL**
was served electronically on:

Ms. Andrea T. Stewart
Assistant United States Attorney


\_\_\_\_s/ G. Blair McCune_____
G. Blair McCune
Attorney at Law
Attorney for Defendant